PERKINS COIE LLP
Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:  310.788.9900
Facsimile:   310.788.3399

Nicola C. Menaldo (*pro hac vice application forthcoming*)
NMenaldo@perkinscoie.com
Anna Mouw Thompson (*pro hac vice application forthcoming*)
AnnaThompson@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:  206.359.8000
Facsimile:   206.359.9000

Attorneys for Defendant Triple Lift, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLE LIFT, INC.,<br><br>Defendant. | Case No. 5:25-cv-3223<br><br>DEFENDANT TRIPLE LIFT, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES<br><br>[Removed from Superior Court of the State of California, County of Riverside, Case No. CVRI2505643]<br><br>Complaint Filed: November 25, 2025 |

**TO THE COURT, THE PLAINTIFF, AND HER ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for defendant Triple Lift, Inc. ("TripleLift") certifies that: (1) TripleLift's ultimate parent company is Vista Equity Partners; (2) no publicly held corporation owns any stock or ownership interest in TripleLift; and (3) the following listed parties may have a pecuniary interest in the outcome of this case:

Plaintiff Sharon Manier;

Defendant TripleLift;

Vista Equity Partners;

Allied World Insurance Company; and

Liberty Mutual Insurance.

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Dated:  December 1, 2025

**PERKINS COIE LLP**

By: */s/ Alisha C. Burgin*
    Alisha C. Burgin, Bar No. 286269
    ABurgin@perkinscoie.com

Attorney for Defendant
Triple Lift, Inc.

TRIPLELIFT'S CORPORATE DISCLOSURE STATEMENT & NOTICE OF INTERESTED PARTIES

# CERTIFICATE OF SERVICE

I, Ernesto Monne, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721.  On December 1, 2025, I served a copy of the within document(s):

DEFENDANT TRIPLE LIFT, INC.'S NOTICE OF REMOVAL

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States Mail at Los Angeles, California addressed as set forth below.

☒    by transmitting via my electronic service address (*EMonne@perkinscoie.com*) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

James C. Shah
Kolin C. Tang
MILLER SHAH LLP
8730 Wilshire Blvd., Suite 400
Los Angeles, CA 90211
Telephone: (866) 540-5505
Email: jcshah@millershah.com
       kctang@millershah.com

Kyle Shamberg
CARROLL SHAMBERG, LLC    Attorneys for Plaintiff Sharon
111 W. Washington St., Suite 1240    Manier and the Proposed Class
Chicago, IL 60602
kyle@csclassactions.com
Phone: (872) 215-6205

Don Bivens
DON BIVENS PLLC
15169 N. Scottsdale Rd., Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
Email: don@donbivens.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 1, 2025, at Los Angeles, California.

_____

TRIPLELIFT'S CORPORATE DISCLOSURE STATEMENT & NOTICE OF INTERESTED PARTIES