PERKINS COIE LLP
Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:   310.788.9900
Facsimile:    310.788.3399

Nicola C. Menaldo (*pro hac vice application forthcoming*)
NMenaldo@perkinscoie.com
Anna Mouw Thompson (*pro hac vice application forthcoming*)
AnnaThompson@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:   206.359.8000
Facsimile:    206.359.9000

Attorneys for Defendant Triple Lift, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLELIFT, INC.,<br><br>Defendant. | Case No. 5:25-cv-03223-SP<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint served: December 1, 2025<br>Current response date: December 22, 2025<br>New response date: January 21, 2026 |

Pursuant to Civil Local Rule 8-3, Plaintiff Sharon Manier, individually and on behalf of all others similarly situated, and defendant Triple Lift, Inc. ("TripleLift") (together, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 7, 2025, Plaintiff filed an initial complaint in the Superior Court for the State of California, County of Riverside that incorrectly named an entity called "TripleLift Global Ltd." as the defendant;

WHEREAS, following a conferral between the Parties' counsel, on November 25, 2025, Plaintiff filed an amended Complaint (the "Complaint") that named Triple Lift, Inc. as the defendant;

WHEREAS, TripleLift accepted service of the Complaint on December 1, 2026.

WHEREAS, TripleLift timely removed the instant action to this Court on December 1, 2025;

WHEREAS, TripleLift's current deadline to file a response to the Complaint is December 22, 2025, twenty-one days from the date TripleLift accepted service of the Complaint, *see* Fed. R. Civ. P. 81(c)(2);

WHEREAS, TripleLift shall now have until January 21, 2026 to answer or otherwise respond to the Complaint;

WHEREAS, this stipulation does not extend the time for more than a total of thirty days from the date the response would have initially been due.

NOW, THEREFORE, the Parties stipulate as follows:

TripleLift's new deadline to respond to the Complaint is January 21, 2026.

-2-

Dated:  December 3, 2025

**PERKINS COIE LLP**

By*: /s/ Alisha C. Burgin*
  Alisha C. Burgin, Bar No. 286269
  ABurgin@perkinscoie.com
  PERKINS COIE LLP
  1888 Century Park East, Suite 1700
  Los Angeles, California 90067-1721

Attorney for Defendant Triple Lift, Inc.

Dated:  December 3, 2025

By*: /s/ Kyle Shamberg*
  Kyle Shamberg (*pro hac vice application forthcoming*)
  kyle@csclassactions.com
  CARROLL SHAMBERG, LLC
  111 W. Washington Street, Suite 1240
  Chicago, IL 60602

Attorney for Plaintiff

L.R. 8-3 STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Anna Mouw Thompson, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  December 3, 2025

Respectfully submitted,
PERKINS COIE LLP

By: */s/  Anna Mouw Thompson*
    Anna Mouw Thompson (*pro hac vice application forthcoming*)

Attorney for Defendant Triple Lift, Inc..

# CERTIFICATE OF SERVICE

I, Ernesto Monne, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721.  On December 3, 2025, I served a copy of the within document(s):

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 83)

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States Mail at Los Angeles, California addressed as set forth below.

☒    by transmitting via my electronic service address (*EMonne@perkinscoie.com*) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

James C. Shah
Kolin C. Tang
MILLER SHAH LLP
8730 Wilshire Blvd., Suite 400
Los Angeles, CA 90211
Telephone: (866) 540-5505
Email: jcshah@millershah.com
    kctang@millershah.com

Kyle Shamberg
CARROLL SHAMBERG, LLC     Attorneys for Plaintiff Sharon
111 W. Washington St., Suite 1240    Manier and the Proposed Class
Chicago, IL 60602
kyle@csclassactions.com
Phone: (872) 215-6205

Don Bivens
DON BIVENS PLLC
15169 N. Scottsdale Rd., Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
Email: don@donbivens.com

-5-

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 3, 2025, at Los Angeles, California.

_____
Ernesto Monne

L.R. 8-3 STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT