Name and address:

Anna Mouw Thompson, WA Bar No. 52418
AnnaThompson@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>Triple Lift, Inc.,<br><br>                    Defendant(s), | CASE NUMBER<br><br>5:25-cv-03223-SP<br><br>---<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>*PRO HAC VICE* |
|---|---|

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Thompson, Anna M.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Perkins Coie LLP
_____
*Firm/Agency Name*

| 1301 Second Avenue | 206-359-3327 | 206-359-9000 |
|---|---|---|
| Suite 4200 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Seattle, WA 98101-3804 | AnnaThompson@perkinscoie.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

Triple Lift, Inc.                    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
_____            ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of Washington State | 8/24/2017 | Yes |
| United States Court of Appeals, Ninth Cir. | 8/27/2017 | Yes |
| See Supplement below | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:25-cv-3448 | Edward Lewis, et al, v. Magnite, Inc. | 04/21/2025 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  December 4, 2025

Anna M. Thompson
*Applicant's Name (please type or print)*

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Burgin, Alisha C.

*Designee's Name (Last Name, First Name & Middle Initial)*

*Firm/Agency Name*

1888 Century Park East

Suite 1700

*Street Address*

Los Angeles, CA 90067-1721

*City, State, Zip Code*

310-788-9900

*Telephone Number*

ABurgin@perkinscoie.com

*Email Address*

286269

*Designee's California State Bar Number*

310-788-3399

*Fax Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  December 4, 2025

Alisha C. Burgin

*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Court Admissions, cont.:
USDC Western District of Washington; Admitted 6/20/2018; Active and in good standing
USDC Colorado District Court; Admitted 7/18/2018; Active and in good standing

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

ANNA MOUW THOMPSON

TO PRACTICE IN THE COURTS OF THIS STATE

)
)
)
)
)
)
)
)
)

BAR NO. 52418

**CERTIFICATE**

**OF**

**GOOD STANDING**

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**ANNA MOUW THOMPSON**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on August 24, 2017, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 3rd day of December, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court