Alisha C. Burgin
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br><br>Triple Lift, Inc.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:25-cv-03223-SP<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Menaldo, Nicola                of

*Applicant's Name (Last Name, First Name & Middle Initial*

206.359.8000            206.359.9000

*Telephone Number          Fax Number*

NMenaldo@perkinscoie.com

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Triple Lift, Inc.

*Name(s) of Party(ies) Represent*      ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Burgin, Alisha C.                of

*Designee's Name (Last Name, First Name & Middle Initial*

286269            310.788.9900            310.7883399

*Designee's Cal. Bar No.    Telephone Number      Fax Number*

ABurgin@perkinscoie.com

*E-Mail Address*

Perkins Coie LLP
1888 Century Park East
Los Angeles, CA 90067-1721

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

☐  for failure to pay the required fee.

☐  for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐  for failure to complete Application:

☐  pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐  pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐  because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: December 8, 2025**

**U.S. Magistrate Judge**