Anna Mouw Thompson, WA Bar No. 52418
AnnaThompson@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>Triplelift, Inc.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:25-cv-03223-SP<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Thompson, Anna M.                                                    of

*Applicant's Name (Last Name, First Name & Middle Initial*

206-359-8000                    206-359-9000

*Telephone Number*              *Fax Number*

PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804

*E-Mail Address*                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Triplelift, Inc.

*Name(s) of Party(ies) Represent*        ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Burgin, Alisha C.                                                      of

*Designee's Name (Last Name, First Name & Middle Initial*

286269              310-788-9900              310-788-3399

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

ABurgin@perkinscoie.com

*E-Mail Address*

PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

    ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: December 8, 2025**

_____
**U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1