Colin Lubelczyk, Oregon State Bar No. 245841
CLubelczyk@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff(s)<br><br>                    v.<br><br>Triplelift, Inc.,<br><br>                                        Defendant(s). | CASE NUMBER<br><br>5:25-cv-03223-SP<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lubelczyk, Colin                                                of     PERKINS COIE LLP
*Applicant's Name (Last Name, First Name & Middle Initial*          1120 N.W. Couch Street, Tenth Floor
503-727-2162                    503-727-2222                         Portland, Oregon 97209-4128
*Telephone Number*              *Fax Number*
CLubelczyk@perkinscoie.com
            *E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Triple Lift, Inc.

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Burgin, Alisha C.                                                of     PERKINS COIE LLP
*Designee's Name (Last Name, First Name & Middle Initial*          1888 Century Park East, Suite 1700
286269              310-788-9900          310-788-3399              Los Angeles, California 90067-1721
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
ABurgin@perkinscoie.com
            *E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:    ☐    for failure to pay the required fee.

                ☐    for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

                ☐    for failure to complete Application: _____

                ☐    pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

                ☐    pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

                ☐    because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: December 8, 2025**

_____
**U.S. Magistrate Judge**