**PERKINS COIE LLP**
Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:   310.788.9900
Facsimile:   310.788.3399

Nicola C. Menaldo (*pro hac vice*)
NMenaldo@perkinscoie.com
Anna Mouw Thompson (*pro hac vice*)
AnnaThompson@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:   206.359.8000
Facsimile:   206.359.9000

Attorneys for Defendant Triple Lift, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-03223-SSS-DTB |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 7-1)** |
| v. | |
| TRIPLE LIFT, INC., | Current response date: January 21, 2026 |
| Defendant. | New response date: January 30, 2026 |

Pursuant to Civil Local Rule 7-1, Plaintiff Sharon Manier, individually and on behalf of all others similarly situated, and defendant Triple Lift, Inc. ("TripleLift") (together, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, TripleLift's current deadline to file a response to the Complaint is January 21, 2026, following the Parties' stipulation to extend the deadline by not more than 30 days in accordance with Civil Local Rule 8-3;

WHEREAS, there is good cause for an additional nine-day extension because TripleLift requires additional time to assess the Complaint's allegations and prepare its response, and given the upcoming holidays and pre-planned travel by TripleLift's counsel;

NOW, THEREFORE, the Parties stipulate as follows:

TripleLift's new deadline to respond to the Complaint shall be Friday, January 30, 2026.

Dated:  December 16, 2025          **PERKINS COIE LLP**


                                   By*: /s/ Alisha C. Burgin*
                                      Alisha C. Burgin, Bar No. 286269
                                      ABurgin@perkinscoie.com
                                      PERKINS COIE LLP
                                      1888 Century Park East, Suite 1700
                                      Los Angeles, California 90067-1721

                                      Attorney for Defendant Triple Lift, Inc.


Dated:  December 16, 2025          By*: /s/ Kyle Shamberg*
                                      Kyle Shamberg (*pro hac vice*
                                      *application forthcoming*)
                                      kyle@csclassactions.com
                                      CARROLL SHAMBERG, LLC
                                      111 W. Washington Street, Suite 1240
                                      Chicago, IL 60602

                                      Attorney for Plaintiff

L.R. 7-1 STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Anna Mouw Thompson, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  December 16, 2025

Respectfully submitted,
PERKINS COIE LLP

By: */s/  Anna Mouw Thompson*
   Anna Mouw Thompson (*pro hac vice*)

Attorney for Defendant Triple Lift, Inc.

## CERTIFICATE OF SERVICE

I, Ernesto Monne, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On December 16, 2025, I served a copy of the within document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 7-1)**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States Mail at Los Angeles, California addressed as set forth below.

☒ by transmitting via my electronic service address (*EMonne@perkinscoie.com*) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

James C. Shah
Kolin C. Tang
MILLER SHAH LLP
8730 Wilshire Blvd., Suite 400
Los Angeles, CA 90211
Telephone: (866) 540-5505
Email: jcshah@millershah.com
        kctang@millershah.com

Kyle Shamberg
CARROLL SHAMBERG, LLC          Attorneys for Plaintiff Sharon
111 W. Washington St., Suite 1240    Manier and the Proposed Class
Chicago, IL 60602
kyle@csclassactions.com
Phone: (872) 215-6205

Don Bivens
DON BIVENS PLLC
15169 N. Scottsdale Rd., Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
Email: don@donbivens.com

-5-

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 16, 2025, at Los Angeles, California.

_____
Ernesto Monne

L.R. 7-1 STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT