**PERKINS COIE LLP**
Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:   310.788.9900
Facsimile:    310.788.3399

Nicola C. Menaldo (*pro hac vice*)
NMenaldo@perkinscoie.com
Anna Mouw Thompson (*pro hac vice*)
AnnaThompson@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:   206.359.8000
Facsimile:    206.359.9000

Attorneys for Defendant Triple Lift, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLE LIFT, INC.,<br><br>Defendant. | Case No. 5:25-cv-03223-SSS-DTBx<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 7-1)**<br><br>Current response date: January 21, 2026<br>New response date: January 30, 2026 |

## ORDER

The Court, having considered the Parties' Stipulation to Extend Time to Respond to Complaint, and for good cause shown, hereby orders that the Parties' Stipulation is GRANTED. Defendant Triple Lift, Inc.'s deadline to respond to the Complaint is extended to January 30, 2026.

**IT IS SO ORDERED.**

Dated: December 18, 2025          By: _____

                                       Hon. Sunshine Suzanne Sykes
                                       United States District Judge

-2-