**PERKINS COIE LLP**
Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:   310.788.9900
Facsimile:    310.788.3399

Nicola C. Menaldo (*pro hac vice*)
NMenaldo@perkinscoie.com
Anna Mouw Thompson (*pro hac vice*)
AnnaThompson@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:   206.359.8000
Facsimile:    206.359.9000

Attorneys for Defendant Triple Lift, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLE LIFT, INC.,<br><br>Defendant. | Case No. 5:25−cv−03223−SSS−DTB<br><br>**CERTIFICATE OF SERVICE**<br><br>[Removed from Superior Court of the State of California, County of Riverside, Case No. CVRI2505643]<br><br>Complaint Filed: November 25, 2025 |

## CERTIFICATE OF SERVICE

I, Ernesto Monne, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On December 23, 2025, I served a copy of the within document(s):

CIVIL STANDING ORDER

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States Mail at Los Angeles, California addressed as set forth below.

☒ by transmitting via my electronic service address (*EMonne@perkinscoie.com*) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

James C. Shah
Kolin C. Tang
MILLER SHAH LLP
8730 Wilshire Blvd., Suite 400
Los Angeles, CA 90211
Telephone: (866) 540-5505
Email: jcshah@millershah.com
  kctang@millershah.com

Kyle Shamberg
CARROLL SHAMBERG, LLC     Attorneys for Plaintiff Sharon
111 W. Washington St., Suite 1240   Manier and the Proposed Class
Chicago, IL 60602
kyle@csclassactions.com
Phone: (872) 215-6205

Don Bivens
DON BIVENS PLLC
15169 N. Scottsdale Rd., Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
Email: don@donbivens.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 23, 2025, at Los Angeles, California.

_____
Ernesto Monne

Case No. 5:25−cv−03223−SSS−DTB
CERTIFICATE OF SERVICE