Nicola C. Menaldo (*pro hac vice*)
NMenaldo@perkinscoie.com
Anna Mouw Thompson (*pro hac vice*)
AnnaThompson@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:  +1.206.359.8000
Facsimile:   +1.206.359.9000

Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:  +1.310.788.9900
Facsimile:   +1.310.788.3399

Attorneys for Defendant Triple Lift, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated, | Case No. 5:25-CV-03223-SSS-DTB CaseNumber |
| Plaintiffs, | **TRIPLE LIFT INC'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| TRIPLELIFT, INC., | Date: April 3, 2026 Time: 2:00 p.m. Courtroom: 2 |
| Defendant. | Judge: Hon. Sunshine S. Sykes |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 3, 2026, at 2:00 p.m. or as soon thereafter as this matter may be heard, in Courtroom 2, before the Honorable Sunshine S. Sykes of the United States District Court for the Central District of California, located at 3470 Twelfth Street, Riverside, CA 92501, Defendant Triple Lift, Inc. ("TripleLift"), will and hereby does respectfully move this Court to dismiss Plaintiff's First Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support hereof, the Declaration of Anna Mouw Thompson and exhibits attached thereto, the Request for Judicial Notice, all pleadings and documents on file in this case, and such other materials or arguments as the Court may consider. This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 23, 2026 via Microsoft Teams. Present for the conference were Anna Mouw Thompson and Colin Lubelczyk, counsel for TripleLift, and Kyle Shamberg, counsel for Plaintiff. The conference lasted for approximately fifteen minutes. During it, counsel for TripleLift laid out their positions regarding why each of Plaintiff's six claims were defective under Federal Rule of Civil Procedure 12(b)(6). Counsel for Plaintiff stated that he disagreed with TripleLift's positions as to each claim.

Dated:  January 30, 2026

**PERKINS COIE LLP**


By: */s/ Nicola C. Menaldo*
    Nicola C. Menaldo (*pro hac vice*)
    NMenaldo@perkinscoie.com
    Anna Mouw Thompson (*pro hac vice*)
    AnnaThompson@perkinscoie.com
    PERKINS COIE LLP
    1301 Second Avenue, Suite 4200
    Seattle, Washington 98101-3804
    Telephone: 206.359.8000
    Facsimile: 206.359.9000

    Alisha C. Burgin, Bar No. 286269
    ABurgin@perkinscoie.com
    PERKINS COIE LLP
    1888 Century Park East, Suite 1700
    Los Angeles, California 90067-1721
    Telephone: 310.788.9900
    Facsimile: 310.788.3399

Attorneys for Defendant Triple Lift, Inc.