Nicola C. Menaldo (*pro hac vice*)
NMenaldo@perkinscoie.com
Anna Mouw Thompson (*pro hac vice*)
AnnaThompson@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:  206.359.8000
Facsimile:   206.359.9000

Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:  310.788.9900
Facsimile:   310.788.3399

Attorneys for Defendant Triple Lift, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLE LIFT, INC.,<br><br>Defendant. | Case No. 5:25-cv-03223-SSS-DTB<br><br>**STIPULATION TO EXTEND TIME TO FILE AND RESPOND TO SECOND AMENDED COMPLAINT (L.R. 7-1)** |

Pursuant to Civil Local Rule 7-1, Plaintiff Sharon Manier, individually and on behalf of all others similarly situated, and defendant Triple Lift, Inc. ("TripleLift") (together, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff's current deadline to file a Second Amended Complaint ("SAC") is April 24, 2026 (Dkt. 28);

WHEREAS, TripleLift's current deadline to file a response to the SAC is May 8, 2026, following the Court's minute order of April 15, 2026 (Dkt. 28);

WHEREAS, there is good cause for this brief extension of time to allow Plaintiff to analyze and incorporate appropriate amendments in accordance with the Court's Order, and because TripleLift anticipates requiring additional time to assess the SAC's allegations and prepare its response due to pre-planned travel by TripleLift's counsel.

NOW, THEREFORE, the Parties stipulate as follows:

1.      Plaintiff's deadline to file the SAC shall be Friday, May 1, 2026

2.      TripleLift's deadline to respond to the SAC shall be Friday, May 22, 2026.

Dated:  April 20, 2026

**PERKINS COIE LLP**

By*: /s/Anna Mouw Thompson*
  Anna Mouw Thompson (*pro hac vice*)
  AnnaThompson@perkinscoie.com
  PERKINS COIE LLP
  1301 Second Avenue, Suite 4200
  Seattle, Washington 98101-3804
  Telephone:  206.359.8000
  Facsimile:    206.359.9000

Attorney for Defendant Triple Lift, Inc.

Dated:  April 20, 2026

By*: /s/Kyle Shamberg*
  Kyle Shamberg (*pro hac vice*)
  kyle@csclassactions.com
  CARROLL SHAMBERG, LLC
  111 W. Washington Street, Suite 1240
  Chicago, IL 60602

Attorney for Plaintiff

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Anna Mouw Thompson, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: April 20, 2026

Respectfully submitted,
PERKINS COIE LLP

By: */s/Anna Mouw Thompson*
   Anna Mouw Thompson (*pro hac vice*)

Attorney for Defendant Triple Lift, Inc.

L.R. 7-1 STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT