**PERKINS COIE LLP**
Nicola C. Menaldo (*pro hac vice*)
NMenaldo@perkinscoie.com
Anna Mouw Thompson (*pro hac vice*)
AnnaThompson@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:  206.359.8000
Facsimile:   206.359.9000

Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:  310.788.9900
Facsimile:   310.788.3399

Attorneys for Defendant Triple Lift, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLE LIFT, INC.,<br><br>Defendant. | Case No. 5:25-cv-03223-SSS-DTBx<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE AND RESPOND TO SECOND AMENDED COMPLAINT (L.R. 7-1)** |

The Court, having considered the Parties' Stipulation to Extend Time to File and Respond to Second Amended Complaint ("SAC"), and for good cause shown, hereby orders that the Parties' Stipulation is GRANTED. Plaintiff Sharon Manier's deadline to file the SAC shall be Friday, May 1, 2026, and Defendant Triple Lift, Inc.'s deadline to respond to the SAC shall be Friday, May 22, 2026.

**IT IS SO ORDERED.**

Dated: April 21, 2026          By: _____

Hon. Sunshine Suzanne Sykes
United States District Judge

-2-                    Case No. 5:25-cv-03223-SSS-DTB

ORDER GRANTING STIPULATION TO EXTEND TIME