Nicola C. Menaldo (*pro hac vice*)
NMenaldo@perkinscoie.com
Anna Mouw Thompson (*pro hac vice*)
AnnaThompson@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:  206.359.8000
Facsimile:   206.359.9000

Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:  310.788.9900
Facsimile:   310.788.3399

Attorneys for Defendant Triple Lift, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>TRIPLE LIFT, INC.,<br><br>   Defendant. | Case No. 5:25-cv-03223-SSS-DTB<br><br>**STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT TRIPLE LIFT INCS.'S MOTION TO DISMISS**<br><br>Judge: Hon. Sunshine S. Sykes<br>Courtroom: 2 |

Pursuant to Civil Local Rule 7-1, Plaintiff Sharon Manier, individually and on behalf of all others similarly situated ("Plaintiff"), and defendant Triple Lift, Inc. ("TripleLift") (together, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 22, 2026, TripleLift timely filed and served a Motion to Dismiss Plaintiff's Second Amended Complaint the ("Motion");

WHEREAS, the hearing on TripleLift's Motion is currently set for August 7, 2026, at 2:00 p.m. via Zoom;

WHEREAS, counsel for the parties have conferred as to a briefing schedule on the Motion that will accommodate counsel's competing obligations;

NOW, THEREFORE, the Parties, through undersigned counsel, stipulate, subject to the approval of the Court, as follows:

1.      Plaintiff's deadline to file an opposition to the Motion shall be Thursday, June 18, 2026.

2.      TripleLift's deadline to file a reply shall be Thursday, July 9, 2026.

STIPULATION SETTING BRIEFING SCHEDULE | CASE NO. 5:25-CV-03223-SSS-DTB

Dated:  May 27, 2026

**PERKINS COIE LLP**


By: */s/ Anna Mouw Thompson*
   Anna Mouw Thompson (*pro hac vice*)
   AnnaThompson@perkinscoie.com
   PERKINS COIE LLP
   1301 Second Avenue, Suite 4200
   Seattle, Washington 98101-3804

   Attorney for Defendant Triple Lift, Inc.


Dated:  May 27, 2026

By: */s/ Kyle Shamberg*
   Kyle Shamberg (*pro hac vice*)
   kyle@csclassactions.com
   CARROLL SHAMBERG, LLC
   111 W. Washington Street, Suite 1240
   Chicago, IL 60602

   Attorney for Plaintiff

STIPULATION SETTING BRIEFING SCHEDULE | CASE NO. 5:25-CV-03223-SSS-DTB

# **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Anna Mouw Thompson, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 27, 2026

Respectfully submitted,
PERKINS COIE LLP

By: */s/ Anna Mouw Thomspon*
    Anna Mouw Thompson (*pro hac vice*)

Attorney for Defendant Triple Lift, Inc.