Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Nicola C. Menaldo (*pro hac vice*)
NMenaldo@perkinscoie.com
Anna Mouw Thompson (*pro hac vice*)
AnnaThompson@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant Triple Lift, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRIPLE LIFT, INC., <br><br> Defendant. | Case No. 5:25-cv-03223-SSS-DTBx <br><br> **ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT TRIPLE LIFT INC.'S MOTION TO DISMISS** <br><br> Judge: Hon. Sunshine S. Sykes <br> Courtroom: 2 |

-1-
ORDER GRANTING STIPULATION | CASE NO. 5:25-CV-03223-SSS-DTB

The Court, having considered the Parties' Stipulation, and for good cause shown, hereby orders that the Parties' Stipulation is GRANTED. Plaintiff's deadline to file an opposition to defendant Triple Lift, Inc.'s ("TripleLift") Motion to Dismiss ("Motion") is Thursday, June 18, 2026, and TripleLift's deadline to file a reply brief in support of its Motion is Thursday, July 9, 2026.

**IT IS SO ORDERED.**

Dated: May 28, 2026          By: _____

Hon. Sunshine Suzanne Sykes
United States District Judge

-2-
ORDER GRANTING STIPULATION | CASE NO. 5:25-CV-03223-SSS-DTB